BEFORE THE THIRD DIVISION, FEBRUARY 21, 1962

**No. 66491.**—James G. Wiley and Pacific Cherry & Fruit Co. *v.* United States, protests 59/3104, etc. (Los Angeles).

Opinion by RICHARDSON, J. In accordance with stipulation of counsel that the merchandise is the same in all material respects as that involved in *Dalton Cooper, Inc., et al.* v. *United States* (41 Cust. Ct. 271, C.D. 2051), the claim of the plaintiffs was sustained.

DONLON, J., dissented for the reasons set forth in her dissenting opinion in C.D. 2051, *supra.*

FEBRUARY 19, 1962

**No. 66492.**—Cajo Trading Co. and Williams, Clarke Co. *v.* United States, protests 60/30840 and 60/4471(B). Protests dismissed January 17, 1962. (Not published.) Plaintiffs' application for rehearing granted.

BEFORE THE FIRST DIVISION, FEBRUARY 26, 1962

**No. 66493.**—New York Merchandise Co., Inc. *v.* United States, protest 61/15145 (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of carrizo baskets the same in all material respects as those the subject of *Chester K. Stoner* v. *United States* (42 Cust. Ct. 178, C.D. 2083), the claim of the plaintiff was sustained.

**No. 66494.**—Charles Garcia & Co., Inc., et al. *v.* United States, protests 260113–K, etc. (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of spools for spinning reels similar in all material respects to those the subject of *United States* v. *Charles Garcia & Co., Inc.* (48 C.C.P.A. 140, C.A.D. 780), the claim of the plaintiffs was sustained.